UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAN KEVIN WEAVER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C. A. No. 00-12230-JLT |
| | * | |
| UNITED STATES, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

TAURO, J.

On October 27, 2000, Jan Kevin Weaver filed a self-prepared civil action against the United States. The case was dismissed on October 27, 2002 upon the defendant's motion. On May 2, 2013, Weaver filed a notice of appeal and a motion for leave to appeal in forma pauperis (#16).

Under the federal in forma pauperis statute, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Regardless of any subjective good faith on the part of the appellant, "good faith" within the meaning of 28 U.S.C. § 1915(a)(3) is only demonstrated when a litigant seeks "appellate review of any issue not frivolous." Coppedge v. United States, 369 U.S. 438, 445 (1962).

Here, the appeal is not taken in objective good faith because it is patently untimely. Weaver seeks to appeal an order of dismissal that was entered over a decade ago. The sixty-day time period for filing a notice of appeal has long expired. See Fed. R. App. P. 4(a)(1)(B) (where the United States is a party, parties have 60 days after entry of order appealed from to file a notice of appeal). In narrow circumstances, the Federal Rules of Appellate Procedure allow a court to reopen the time to file an appeal, but even then the motion to reopen the appeal period must be filed within 180 days of entry of the order appealed from. See Fed. R. App. P. 4(a)(6).

Because the notice of appeal was not timely filed, the First Circuit is without jurisdiction to entertain the merits of the appeal. See Bowles v. Russell, 551 U.S. 205, 214 (2007) ("[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement."). Therefore, regardless of any subjective good faith that the plaintiff may have, the Court certifies that this appeal is not taken in objective good faith.

Accordingly, the motion to appeal in forma pauperis is DENIED. If Weaver would still like to challenge the Court's certification under 28 U.S.C. § 1915(a)(3) and pursue in forma pauperis status on appeal, he may, within thirty (30) days, file a new motion for leave to appeal in forma pauperis with the United States Court of Appeals for the First Circuit. See Fed. R. App. P. 24(a)(5).[1]

The Clerk shall transmit a copy of this Order to the United States Court of Appeals for the First Circuit.

IT IS SO ORDERED.

 5/9/13                               /s/ Joseph L. Tauro
DATE                                 UNITED STATES DISTRICT JUDGE

---

[1]Fed. R. App. P. 24(a)(5) provides:

A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice [of the district court's order denying the motion to proceed in forma pauperis]. The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

Fed. App. P. 24(a)(5).